# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00525-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and
Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**ROBGO, Inc., Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-18-000720, THE HONORABLE DON R. BURGESS, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed an agreed motion to abate the appeal pending the execution of a final settlement agreement and proceedings in the trial court to effectuate the agreement. We abate this appeal to allow the parties to finalize the settlement and to conduct proceedings in the trial court to effectuate the agreement. *See* Tex. R. App. P. 42.1(a)(2)(C) (appellate court may abate appeal and permit proceedings in trial court to effectuate parties' settlement agreement). The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to reinstate on or before January 15, 2019. The appeal will remain abated until further order of this Court.

It is so ordered on September 13, 2018.

Before Chief Justice Rose, Justices Pemberton and Field

Abated and Remanded

Filed:   September 13, 2018